# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 20MJ00130 |
|---|---|
| PLAINTIFF(S) v. | |
| ASIA HUNT | AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

The above-named defendant was charged by: Indicment
in the Southern District of Ohio on 03/15/2019
at 8:00  ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about 03/15/2019
in violation of Title 21 U.S.C., Section(s) 841
to wit: Conspiracy

A warrant for defendant's arrest was issued by: Sharon L. Ovington, U.S Magistrate Judge

Bond of $ no   was ☐ set / ☒ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 1/10/2020 , by
_____, Deputy Clerk.

Signature of Agent

Cesar Perez
Print Name of Agent

USMS
Agency

DEO
Title

CR-52 (05/98)                    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT